JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS MANUEL RODRIGUEZ DEL GALDILLO,<br><br>           Petitioner,<br><br>    v.<br><br>DHS, et al.,<br><br>           Respondents. | NO. EDCV 21-724-JGB (AGR)<br><br>JUDGMENT |

    For the reasons set forth in the Order of Dismissal Without Prejudice For Failure to Prosecute filed concurrently herewith,

    IT IS ADJUDGED that the Petition For Writ of Habeas Corpus in this matter is dismissed without prejudice for failure to prosecute.

DATED: June 29, 2022

                                        JESUS G. BERNAL<br>                                        United States District Judge